193 So.2d 526

Alton J. TASSIN

v.

LOUISIANA POWER & LIGHT COMPANY.

No. 48489.

Jan. 18, 1967.

In re: Louisiana Power & Light Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles, 191 So.2d 338.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

193 So.2d 526

Elster Paul DESELLE, Jr.

v.

Mr. and Mrs. Charles A. PETROSSI.

No. 48524.

Jan. 18, 1967.

In re: Mr. and Mrs. Charles A. Petrossi applying for writs of certiorari and prohibition.

The application is denied. The Court of Appeal, Fourth Circuit, being vested with appellate jurisdiction, is likewise vested with supervisory jurisdiction under the provisions of Sec. 29 of Art. 7 of the Constitution, as amended, and application should first be made to that Court and all remedies exhausted there before invoking our supervisory jurisdiction.